Dennis Harris
Reg.No.N-66154
Lawrence C.C.
10930 Lawrence Rd.
Sumner, IL. 62466

Office of the Clerk
of the United States
District Court
Clerk, Thomas G. Bruton
United States Courthouse
Chicago, IL. 60604

February 25, 2016

Dear Clerk Bruton,

My Correspondence with your office is in regards to Case NO. 15 C 5040, You Stamp-Filed the Response to the January 6th. Order on Feb. 01, 2016. With the Order was a 4-Page Grievance. When my Stamped Filed copy was received, the 4-Page Grievance was not stamped. Was this filed with my Petition? Could you please respond to that.

Thank you for taking the time to read my request and respond.

Respectfully,

Dennis Harris N-66154
Lawrence C.C.
10930 Lawrence Road
Sumner, IL. 62466

Ps. The 4-Page Grievance was forementioned in The Plaintiffs Responspons to The States Motions to Dismiss in Response to Order JAn 6 2016 The Grievance Dated 1-9-14 Marked Exbit "C"

Response:

Pg 1 of 4

Emergency Grievance

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 1-9-14 | Offender: Dennis Harris (Please Print) | ID#: N-66154 |
| Present Facility: Stateville CC | Facility where grievance issue occurred: Stateville CC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): in fear of my Personal Safty

- [ ] Disciplinary Report: ___/___/___
  Date of Report            Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

   **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   **Chief Administrative Officer**, only if EMERGENCY grievance.
   **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** earlier Today 1-9-14 This Prisoner Mr. Dennis Harris Reg No# N-66154 was told to get Ready by the escort c/o officer C/o Parker To go to speak to CC/SHAW. 15 minutes later ~~[struck through]~~ C/o John Doe came and let me out of my assigned cell I asked who is C/o Shaw he said I.A. they want speak to you About that Assault in the Shower Tuesday (the 7th of January) I told the C/o I don't know Shit about know

**Relief Requested:** To be Moved off Gallery relocated to another Gallery or Cell House for my feared Safty

[x] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Mr. Dennis Harris_    N-66154    1/9/14
Offender's Signature       ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

Print Counselor's Name     Counselor's Signature     Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?

[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     ___/___/___
Chief Administrative Officer's Signature     Date

Distribution: Master File; Offender        Page 1        DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

pf 2of4

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

Assault He Said You Went to the Shower That day — I Said Hell No You Know I didn't go to ~~know~~ Shower w/ but (3) people Me DC out of 702 and My Next Door Neibore Rob and knowingly None of us were assaulted by ~~anyone~~. Thats when Inmate Rob out of 703 told the officer's that I was in the ~~~~ Shower w/ Him and DC out 702 Edward house. The C/O Proceed to take Me down Stairs and Place Me in the Bull Pin and Then Sargeant Prada (sic) Came and Told Me I have to wait until C/O Parker Come back to Walk Me To I.A. I told Sgt. Prada (sic) I don't know why they are sending for me because I don't know about or have any knowledge of what happenned in the Shower before I was Let out of my Cell and Placed into the other Shower So why is he sending for Me? Sgt. Prada (sic) Said you've got to take that up with I.A. SHAW...

C/O Parker Came back and "take Harris out the Cage So I can take him to I.A. So I was taken out of the Cage and Escorted to I.A. by C/O Parker.

C/O Parker told me to have a Seat and Stuck his head into a door and told whoever was behind the door "Inmate Harris is Out Here." Walked back toward me and told me they will be out to see You Shortly — Then walked out of the Room So I sat there for about 10 to 20 Minutes and the Door opens up and in walks in another I.A. C/O along w/ another Inmate Known to Me as Rosgie Gaines or Grant or Gant I'm Not ~~at~~ sure but I know he was in the Edward house Yesterday but got moved to Bravo house... He asked me what was going on I was like I don't know they just called me up here I don't know Shit and I ain't part of Shit Period then we sat there for a Moment inwhich was Strange to me but I assume and guess

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

while the I.A. Investigators watch us through the Camera they have Mounted upon the Wall and C/O Shaw comes out along w/ ~~[crossed out]~~ another I.A. Officer and took Gorgio and Me and off into Different parts of the Room with different I.A. Investigators. C/O Shaw told me to sit down and don't tell him no bullshit because he already knows what happen and my roll in what happen. I said What! I don't have Nothing to do with whats going on So what ever he heard is a lie and I don't like being Made to look like Im a Snitch especially about Something I don't Know about... C/O Shaw Said I Know Georgeo Got a High Ranking Spot in the Joint for The Black D's and You oversee the Cell House for the BD's I said listen I don't Know Nothing about No BD Business and I Sure don't Know about Gorgio Being a High Ranking Member I don't envolve myself in the BD's affairs Im Done W/ All That Dumb Ass Shit... I Stopped being Affilliated w that Shit Years ago Period. He Said If He finds out I've got anything to do w/ the assult on The Inmate in the Shower He Going to Have Me Locked up So I better tell Him exactly what I Know or he's going to Make Me Pay for it — He said He Knows Gorgio real well from the Cook County Jail and He Knows He Straight up Hard Core BD I said So What are You Trying to do why Would You Call us up here Together for him to see me Sitting up in this office and you Sure are talken loud enough for him to hear you I Said to myself he Said Tell me whats going on and what happened or Im going to put you back out there. In So Many Words He telling me he's going To Make Me look like Im his informant I told him I don't Know Shit about what happen

*Emergency Grievance* [handwritten across top]

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: | Offender: (Please Print) | ID#: |
|---|---|---|
| Present Facility: | Facility where grievance issue occurred: | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

☐ Disciplinary Report: ___/___/___  _____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Relief Requested:** _____

_____

☐ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____   _____   ___/___/___
Offender's Signature              ID#              Date

*(Continue on reverse side if necessary)*

---

**Counselor's Response** (if applicable)

Date Received: ___/___/___   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

_____

_____   _____   ___/___/___
Print Counselor's Name               Counselor's Signature     Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ___/___/___
Chief Administrative Officer's Signature             Date

Distribution: Master File; Offender            Page 1            DOC 0046 (Rev. 3/2005)
                                    Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

In the Shower Tuesday because wasn't in there he said he was going to get to the bottom of it and asked me Could he record the interview I said I don't Care because I don't know Nothing. Then he Cut the Tape on and began asking Me the same Questions and telling me the same dumb ass shit when he got done the door came open and aparently someone else saw Me sitting in I.A. talking to C/O Shaw because the Word got back that I was a Snitch because they saw Me in the Office telling C/O Shaw about what happenned to the Inmate "Name Unknown" to Me on the 7th of January in the Shower... This Means This Mother Fucker of the Dirty Ass Done Made Me look like a Snitch and I didn't tell him Shit I Need to be Moved out of this Cell House or at least off 7-Gallery w/ these Young easy influenced Cats up here.. (send Me to Pontiac if I need be)
I'm now starting to fear for My Safty and I would appreciate it you would Move Me Off the Gallery on to 3 gallery w/ alot of Older Cats My age and above or to another Cell house or Ship me to another facility just Transfer Me Off this Gallery Immediately

This an Emergency Grievance

Because I feel like C/O Shaw and these Officers Over Here are Placing My life in Danger — Especially C/O Shaw of I.A. Because He's the One That's Putting my life in the Most Danger w/ his unproffessional Methods of extracting or trying to extracted enformation from me that I don't have He's worster then the People That Told Gen. Colin Powell about the Bogus WMDs

ILLINOIS DEPARTMENT OF CORRECTIONS
# OFFENDER'S GRIEVANCE

| Date: 1-9-14 | Offender: (Please Print) D Harris | ID#: N-66154 |
|---|---|---|
| Present Facility: Stateville CC | Facility where grievance issue occurred: Stateville CC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___  Date of Report  _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** _____

**Relief Requested:** _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____  _____  ___/___/___
Offender's Signature   ID#    Date
(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____    _____    ___/___/___
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    ___/___/___
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender                Page 1                DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper