### IN THE UNITED STATE DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS HARRIS | ) | |
| an Illinois individual, | ) | Civil Action No.: |
| | ) | 15 CV 5040 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Aspen |
| JOEL SHAW, MICHAEL MAGANA, | ) | |
| KEVIN SENORE, KAREN BABIDEAU, | ) | |
| DUMAS AND EDWARD JACOBS, | ) | |
| Illinois individuals, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION FOR 21 DAY EXTENSION OF TIME TO FILE
### SECOND AMENDED COMPLAINT

TO:      Jeanne N. Brown
               Jeffrey John Freeman
               Jennifer Marie Lutzke
               Lyle Kevin Henretty
               Illinois Attorney General's Office
               100 W. Randolph
               13th Floor
               Chicago, IL 60601

Please take Notice that Plaintiff, Dennis Harris ("HARRIS") by his counsel,

David C. Brezina, of Ladas & Parry, LLP, 224 S Michigan Ave., Chicago, IL 60604, will

present the above captioned Motion to the Hon. Marvin E. Aspen at 10:30 am in the

courtroom usually occupied by him, on Thursday, May 5, 2016.

Respectfully submitted:

By:   /David C. Brezina/
         David C. Brezina
         Ladas & Parry, LLP
         224 South Michigan Avenue, #1600
         Chicago, IL  60604
         Tel 312.427.1300
         Fax 312.427.6663

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

> Jeanne N. Brown (Email: jebrown@atg.state.il.us)
> Jeffrey John Freeman (JFreeman@atg.state.il.us)
> Jennifer Marie Lutzke (Email: jlutzke@atg.state.il.us)
> Lyle Kevin Henretty (lhenretty@atg.state.il.us)
> Illinois Attorney General's Office
> 100 W. Randolph
> 13th Floor
> Chicago, IL 60601

> Respectfully submitted:

> By:   /David C. Brezina/
> David C. Brezina
> Ladas & Parry, LLP
> 224 South Michigan Avenue, #1600
> Chicago, IL   60604
> Tel 312.427.1300
> Fax 312.427.6663+