IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENNIS HARRIS<br>an Illinois individual,<br><br>    Plaintiff,<br><br> v.<br><br>JOEL SHAW, MICHAEL MAGANA,<br>KEVIN SENORE, KAREN BABIDEAU,<br>DUMAS AND EDWARD JACOBS,<br>Illinois individuals,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.:<br>15 CV 5040<br><br><br><br>Judge Aspen |

**NOTICE OF MOTION FOR 21 DAY EXTENSION OF TIME TO FILE
SECOND AMENDED COMPLAINT**

TO:  Jeanne N. Brown
    Jeffrey John Freeman
    Jennifer Marie Lutzke
    Lyle Kevin Henretty
    Illinois Attorney General's Office
    100 W. Randolph
    13th Floor
    Chicago, IL 60601

  Please take Notice that Plaintiff, Dennis Harris ("HARRIS") by his counsel, David C. Brezina, of Ladas & Parry, LLP, 224 S Michigan Ave., Chicago, IL 60604, will present the above captioned Motion to the Hon. Marvin E. Aspen at 10:30 am in the courtroom usually occupied by him, on Thursday, May 12, 2016.

              Respectfully submitted:

            By: /David C. Brezina/
              David C. Brezina
              Ladas & Parry, LLP
              224 South Michigan Avenue, #1600
              Chicago, IL 60604
              Tel 312.427.1300
              Fax 312.427.6663

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

        Jeanne N. Brown (Email: jebrown@atg.state.il.us)
        Jeffrey John Freeman (JFreeman@atg.state.il.us)
        Jennifer Marie Lutzke (Email: jlutzke@atg.state.il.us)
        Lyle Kevin Henretty (lhenretty@atg.state.il.us)
        Illinois Attorney General's Office
        100 W. Randolph
        13th Floor
        Chicago, IL 60601

        Respectfully submitted:

By:   /David C. Brezina/
        David C. Brezina
        Ladas & Parry, LLP
        224 South Michigan Avenue, #1600
        Chicago, IL  60604
        Tel 312.427.1300
        Fax 312.427.6663