## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Dennis Harris
       Plaintiff,

v.                Case No.: 1:15−cv−05040
                 Honorable Marvin E. Aspen

Shaw, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 10, 2016:

   MINUTE entry before the Honorable Marvin E. Aspen:Plaintiff's agreed motion for second extension of time to 5/19/2016 to file second amended [76] is granted. No further extensions to be allowed. Motion is stricken from the Court's call of 5/12/2016. Status hearing of 6/9/2016 is stricken and reset for 7/7/2016 at 10:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.