## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DENNIS HARRIS, | ) |
|     Plaintiff, | ) No. 15-cv-05040 |
| | ) |
| v. | ) Judge Marvin E. Aspen |
| | ) |
| JOEL SHAW, MICHAEL MAGANA, | ) Magistrate Judge Daniel G. Martin |
| KEVIN SENOR, KAREN RABIDEAU, | ) |
| JOEL DUMAS AND EDWARD JACOBS | ) |
| | ) |
|     Defendants. | ) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that on the 26th day of May, 2016, I filed the attached **Defendants' Answer, Affirmative Defenses, and Jury Demand to Plaintiff's Second Amended Complaint**, with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, a copy of which is attached and hereby served upon you.

                                            Respectfully submitted,

**LISA MADIGAN**                                */s/ Jeffrey J. Freeman*
Attorney General for Illinois            JEFFREY J. FREEMAN
                                                   Assistant Attorney General
                                                   Office of the Illinois Attorney General
                                                   100 West Randolph Street, 13th Floor
                                                   Chicago, Illinois 60601-3397
                                                   (312) 814-4451
                                                   JFreeman@atg.state.il.us

                                                   *Attorney for Defendants*

### CERTIFICATE OF SERVICE

       The undersigned attorney hereby certifies that the aforementioned documents were filed through the Court's CM/ECF system on May 26, 2016. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

                                                   */s/ Jeffrey J. Freeman*