# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
## Eastern Division

Dennis Harris
                    Plaintiff,

v.                                          Case No.: 1:15−cv−05040
                                                    Honorable Marvin E. Aspen

Shaw, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 7, 2017:

      MINUTE entry before the Honorable Marvin E. Aspen:Plaintiff's motion for protective order [117] is granted. Enter Confidentiality Order. Plaintiff's motion for extension of time to complete discovery [117] is granted to 5/8/2017. Motion is stricken from the Court's call of 4/13/2017. Status hearing of 4/27/2017 is stricken and reset for 6/1/2017 at 10:30 AM. Parties shall submit their proposed joint pretrial order in open court on 6/1/2017.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.